```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0132--CV (JWS)
                          "USA V GABRIEL CLARK-AIGNER"

             Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/13/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (510) Vacate sentence (2255)

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: In Forma Pauperis
           Trial by:
```

```
Parties of Record:                          Counsel of Record:

PLF 1.1          UNITED STATES OF AMERICA        No counsel found for this party!

DEF 1.1          CLARK-AIGNER, GABRIEL           No counsel found for this party!
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0132--CV (JWS)
                            "USA V GABRIEL CLARK-AIGNER"

                                 For all filing dates


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:
       Referral Rule:
              Filed: 06/13/05
             Closed: NO

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (510) Vacate sentence (2255)

              Origin: (1) Original Proceeding
              Demand:
          Filing fee: In Forma Pauperis
            Trial by:


Document #  Filed     Docket text

NOTE -   1  06/13/05  Notation: ALL FUTURE FILINGS ARE TO BE INTO A02-007CR(JWS).
```