UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

RECEIVED
JUN 20 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # **06-35965**   U.S. District Court # **CV05-00132-JWS**
Short Case Title **USA v. Gabriel Clark-Aigner**
Date Notice of Appeal Filed by Clerk of District Court **10-16-06**

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| ~~July 7, 2006~~ | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| Evidentiary Hearing, July 7, 2006 | | (OTHER) |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered **6-19-07**   Estimated Date for Completion _____
Signature of Attorney _____   Phone Number **907 376 8076**
Address **851 Westpoint Drive, #201**
**Wasilla, AK 99654**

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)